

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

FEB 0 2 1994

Michael N. Milby, Clerk
By Deputy:

| | | |
|---|---|---|
| SAM PEGGY O'NEIL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-93-0169 |
| | § | |
| GALLERY MODEL HOMES, INC. | § | |
| d/b/a GALLERY FURNITURE, | § | |
| | § | |
| Defendant. | § | |

### ORDER

Defendant Gallery Model Homes, Inc. d/b/a Gallery Furniture's Motion for Summary Judgment (Docket Entry No. 18) is **DENIED**.

**SIGNED** at Houston, Texas, on this _31st_ day of _January_, 1994.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

\93-0169.2

