29

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUN 13 1994

Michael N. Milby, Clerk

SAM PEGGY O'NEIL § 
 § 
 § 
 § 
v. §    CIVIL ACTION NO. H-93-169
 § 
GALLERY MODEL HOMES, INC. § 
 § 
 § 
 § 

## O R D E R

On   June 10  , 19 94, the parties announced that this action was settled.  It is hereby

**ORDERED** that closing papers be submitted no later than   July 11  , 19 94, or the Court will dismiss this case.

**SIGNED** at Houston, Texas, this _10th_ day of   June  , 19 94 .



SIM LAKE
UNITED STATES DISTRICT JUDGE

4:93-cv-00169
29   bj   06/13/94