# UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

## MOTION & ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Action Number | C.A.No.H-93-169 |
|---|---|---|---|

| SAM PEGGY O'NEIL |
|---|
| *versus* |
| GALLERY MODEL HOMES, INC. d/b/a GALLERY FURNITURE |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
JUN 16 1994
Michael N. Milby, Clerk

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | Mark Kent Ellis |
| Firm | |
| Street | 9225 Katy Freeway, Suite 410 |
| City & Zip Code | Houston, Texas 77024 |
| Telephone | 713-468-2303 |
| Licensed: State & Number | Texas State Bar, No. 06572210 |
| Admitted US District Court for: | |

Seeks to appear as the attorney for this party:

SAM PEGGY O'NEIL, Plaintiff

| Dated: June 6, 1994 | Signed: *Mark Ellis* |
|---|---|

### ORDER

This lawyer is admitted *pro hac vice*.



Signed on June 15, 1994.

_____
United States District Judge