```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                          HOUSTON DIVISION
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUN 3 0 1994

Michael N. Milby, Clerk

| | |
|---|---|
| SAM PEGGY O'NEIL | § |
| | § |
| V. | § CIVIL ACTION NO. H-93-0169 |
| | § |
| GALLERY MODEL HOMES, INC., | § |
| D/B/A GALLERY FURNITURE | § |

## **FINAL JUDGMENT**

Upon motion of the parties, this action is dismissed with prejudice. All relief not expressly granted herein is denied. This is a final judgment.

DONE this 30th day of June, 1994, at Houston, Texas.

_____
UNITED STATES DISTRICT JUDGE

